```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP,

                            Plaintiff,                1:24-cv-4683-GHW

             -against-                       ORDER

STATEHOUSE HOLDINGS, INC.,

                        Defendant.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated June 21, 2024, Dkt. No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 13, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's June 21, 2024 order forthwith and in any event no later than August 16, 2024.

       Counsel for Plaintiff is directed to serve a copy of the June 21, 2024 order and this order on Defendant and retain proof of service.

       SO ORDERED.

Dated: August 15, 2024
New York, New York

                                                                GREGORY H. WOODS
                                                         United States District Judge