# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN›

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA D. VITANZA*
M. BRIAN CRONK
JESSICA L. SPRAGUE*
NEIL I. ALBSTEIN*
JARED STEINBERG›
ELLIOT FINK
CYNTHIA M. ALBSTEIN
AMANDA ZIFCHAK
AARON GOLDBLUM

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

August 16, 2024

*Via ECF*

The Honorable Gregory H. Woods
United States Courthouse
500 Pearl Street – Courtroom 12C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2024

## MEMORANDUM ENDORSED

Re: Goldberg Weprin Finkel Goldstein LLP v. Statehouse Holdings Inc.
Case No.: 1:24-cv-04683-GHW

Dear Judge Wood:

Our law firm is the plaintiff *pro se* in the above referenced action. We are in receipt of Your Honor's Order of August 15, 2024, wherein the Court noted the failure to file a joint status letter and proposed case management plan by August 13. We apologize for that failure and provide the following explanation.

The defendant is a California corporation. It is the corporate conglomeration resulting from the merger of four California cannabis companies. Our firm is seeking recovery of legal fees.

Since the commencement of the action and issuance of the summons, we have attempted service on the defendant through a national process service company. Those attempts failed when the process server found the premises where the corporation was based vacated. We have subsequently learned that the defendant has moved its corporate headquarters to a new address in California. The process service has been redirected to attempt service at this new address.

Accordingly, as of today, we have not yet effected service on the defendant and request additional time within which to comply with the Court's directive to submit a joint status letter and proposed case management plan. We hope to have proof of service within the next week to

The Honorable Gregory H. Woods
August 16, 2024
Page Two

ten days and then to either receive a response from counsel for the defendant or to move for default should no answer be received. Either way, we will most assuredly be in a position to provide the Court with a detailed status report, one way or another, in 30 days.

  We respectfully request an additional 30 days within which to provide the Court with the status of the case.

  Thank you for your consideration of the foregoing.

Respectfully submitted,<br>Matthew Hearle

MEH/abm

---

Application granted. Plaintiff's August 16, 2024 request to adjourn the deadline to submit a joint status letter and proposed case management plan in advance of the scheduled initial pretrial conference, Dkt. No. 7, is granted. The initial pretrial conference scheduled for August 20, 2024 is adjourned to September 19, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's June 21, 2024 order are due no later than September 12, 2024. For the avoidance of doubt, the Court has not granted an extension of the deadline for Plaintiff to effect service of process on Defendant.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: August 16, 2024
New York, New York

_____<br>GREGORY H. WOODS<br>United States District Judge