

Writer's Direct Dial:  (516) 663-6638
Writer's Direct Fax:  (516) 663-6838
Writer's E-Mail:  sgiugliano@rmfpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024
```

## MEMORANDUM ENDORSED

September 10, 2024

<u>By ECF</u>

Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Goldberg Weprin Finkel Goldstein LLP v. Statehouse Holdings, Inc.*
            <u>Civil Action No. 1:24-cv-04683</u>

Your Honor:

      This firm is counsel to defendant Statehouse Holdings, Inc. ("Defendant") in the above-referenced action. We respectfully request that the Court reschedule the Initial Conference scheduled by the Court for October 31, 2024, at 2:00 p.m. E.T. We conferred with plaintiff's counsel, and the parties agree, subject to the Court's availability, to any of the following alternate dates: (1) October 30, 2024; (2) November 4, 2024; or (3) November 5, 2024. This is defendant's second request for an adjournment.

                          Respectfully submitted,

                          */s/ Sheryl P. Giugliano*

                          Sheryl P. Giugliano
                          For the Firm

cc: All counsel of record (via ECF)

Application granted.  Defendant's request to reschedule the initial pretrial conference, Dkt. No. 14, is granted.  The initial pretrial conference scheduled for October 31, 2024 is rescheduled to October 30, 2024 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 21, 2024 order are due no later than October 23, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: September 10, 2024
New York, New York

                          _____
                          GREGORY H. WOODS
                          United States District Judge

1035317