USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP,

                Plaintiff,

-against-

STATEHOUSE HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------------X

1:24-cv-4683-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As discussed on the record during the teleconference held on October 1, 2024, Plaintiff is granted leave to amend the complaint. Plaintiff's amended complaint is due no later than October 15, 2024. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendant to answer or otherwise respond to the amended complaint is 14 days after the date of service of the amended complaint. Any pre-motion letter should comply with the Court's Individual Rules of Practice in Civil Cases.

    SO ORDERED.

Dated: October 1, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge