```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN  :
LLP,                                                                       :
                                                                                 :
                                   Plaintiff,     :        1:24-cv-4683-GHW
                                                                                 :
              -against-                             :            ORDER
                                                                                 :
STATEHOUSE HOLDINGS, INC.,               :
                                                                                 :
                               Defendant.    :
                                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        In the Court's order dated October 30, 2024, Dkt. No. 26, Plaintiff was directed to submit a status update letter to the Court regarding this case no later than March 31, 2025.  The Court has not received any letter from Plaintiff.  Plaintiff is directed to comply with the Court's October 30, 2024 order forthwith and in any event no later than April 25, 2025.

        SO ORDERED.

Dated: April 22, 2025
New York, New York

                                                                        _____
                                                                       GREGORY H. WOODS
                                                                    United States District Judge