UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP,

                Plaintiff,

-against-

STATEHOUSE HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------------X

1:24-cv-4683-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2025

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated May 2, 2025, Dkt. No. 26, Plaintiff was directed to submit a status update letter to the Court regarding this case no later than June 1, 2025. The Court has not received any letter from Plaintiff. Plaintiff is directed to comply with the Court's May 2, 2025 order forthwith and in any event no later than June 6, 2025.

       SO ORDERED.

Dated: June 3, 2025
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge