```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN
LLP,

                        Plaintiff,

-against-

STATEHOUSE HOLDINGS, INC.,

                        Defendant.
-----------------------------------------------------------------X

1:24-cv-4683-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated June 4, 2025, Dkt. No. 33, Plaintiff was directed to submit a status update letter to the Court regarding this case no later than July 7, 2025.  The Court has not received any letter from Plaintiff.  Plaintiff is directed to comply with the Court's June 4, 2025 order forthwith and in any event no later than July 10, 2025.

    SO ORDERED.

Dated: July 8, 2025
New York, New York

                                                        GREGORY H. WOODS
                                                 United States District Judge