USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP,

                Plaintiff,

                -against-

STATEHOUSE HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------------X

1:24-cv-4683-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated July 11, 2025, Dkt. No. 36, Plaintiff was directed to submit a status update letter to the Court regarding this case no later than November 10, 2025. The Court has not received any letter from Plaintiff. Plaintiff is directed to comply with the Court's July 11, 2025 order forthwith and in any event no later than November 18, 2025.

    SO ORDERED.

Dated: November 14, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge