UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GOLDBERG WEPRIN FINKEL GOLDSTEIN  :
LLP,                                       :
                                     :

                     Plaintiff,  :          1:24-cv-4683-GHW
                                     :

         -against-           :           <u>ORDER</u>
                                     :

STATEHOUSE HOLDINGS, INC.,       :
                                     :

                 Defendant.  :
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025
```

GREGORY H. WOODS, United States District Judge:

     In the Court's order dated November 19, 2025, Dkt. No. 41, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 10, 2025.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's November 19, 2025 order forthwith and in any event no later than December 12, 2025.

     SO ORDERED.

Dated:  December 11, 2025
New York, New York

                               GREGORY H. WOODS
                          United States District Judge