USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOLDBERG WEPRIN FINKEL GOLDSTEIN      :
LLP,                                                              :
                                                                    :
                                        Plaintiff,    :            1:24-cv-4683-GHW
                                                                    :
                  -against-                          :            ORDER
                                                                    :
STATEHOUSE HOLDINGS, INC.,                    :
                                                                    :
                                        Defendant.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The complaint in this matter was filed on June 20, 2024.  Dkt. No. 1.  On October 1, 2024, Plaintiff was granted leave to amend the complaint.  *See* Dkt. No. 20.  The deadline for Plaintiff to file an amended complaint was extended to December 10, 2025.  *See* Dkt. Nos. 20, 22, 26, 41.

Plaintiff has not filed an amended complaint.  On December 15, 2025, the parties filed a joint letter informing the Court that "Plaintiff does not intend to file an amended complaint in this matter."  Dkt. No. 44.  The letter also stated that "[t]he Receiver anticipates that Plaintiff will seek relief under Rule 55."  *Id.*

The deadline for Defendant to answer or otherwise respond to the complaint, Dkt. No. 1, is December 30, 2025.  The Court expects that any application for the issuance of an order to show cause for default judgment will be filed no later than February 12, 2026.  Such an application must comply with the requirements set forth in Attachment A of the Court's Individual Rules of Practice in Civil Cases.  The initial pre-trial conference scheduled for December 17, 2025 is adjourned to March 3, 2026 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 21, 2024 order, Dkt. No. 3, are due no later than February 24, 2026.

SO ORDERED.

Dated:  December 16, 2025
New York, New York                                   _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge