UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2026

-------------------------------------------------------------------- X
                                  :

GOLDBERG WEPRIN FINKEL GOLDSTEIN    :
LLP,                                          :

                                           :                  1:24-cv-4683-GHW

                       Plaintiff,     :

                                           :                      ORDER

            -v-                           :

                                           :

STATEHOUSE HOLDINGS, INC.,           :

                                           :

                     Defendant.   :

                                           :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court's order dated April 30, 2026, Dkt. No. 63, directed Plaintiff to submit a status letter no later than May 7, 2026 if no stipulation of dismissal had been filed by that date. The Court has not received a status letter or stipulation of dismissal. Plaintiff is directed to comply with the Court's April 30, 2026 order forthwith and, in any event, no later than May 12, 2026.

SO ORDERED.

Dated: May 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge