# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◇
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◇

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA D. VITANZA*
M. BRIAN CRONK
JESSICA L. SPRAGUE°
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
CYNTHIA M. ALBSTEIN
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
JEREMIAH J. VANDERMARK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/13/2026

## MEMORANDUM ENDORSED

125 PARK AVENUE
12TH FLOOR
NEW YORK, N. Y. 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◇ ALSO MEMBER OF CONNECTICUT BAR
° ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

May 12, 2026

*Via ECF*

The Honorable Gregory H. Woods
United States Courthouse
500 Pearl Street – Courtroom 12C
New York, New York 10007

  Re: Goldberg Weprin Finkel Goldstein LLP v. Statehouse Holdings Inc.
     Case No.: 1:24-cv-04683-GHW

Dear Judge Woods:

  I write on behalf of Plaintiff Goldberg Weprin Finkel Goldstein LLP.

  Pursuant to the Court's direction at the hearing held on April 22, 2026, Plaintiff respectfully submits this status update regarding its motion for default judgment.

  After considering the issues discussed at the conference and evaluating the circumstances of this matter, Plaintiff has elected not to proceed with the pending motion for default judgment at this time and respectfully withdraws the motion without prejudice.

  We thank the Court for its time and consideration.

       Respectfully submitted,

       Ashley Koenen

cc: Counsel of Record
  (*via PACER*)

Plaintiff has withdrawn its pending motion for default judgment without prejudice. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.

Dated: May 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge